UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 8, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DIANA CERVANTES

Defendant.

Case No. 2:21-mj-00091-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DIANA CERVANTES Case No. 2:21-mj-00091-JDP Charges 21 USC § 841(b)(1)(b) from custody for the following reasons:

_____ Release on Personal Recognizance

X Bail Posted in the Sum of $ __________

X Unsecured Appearance Bond $ 25,000.00 co-signed by Enrique Cervantes, Magdelena Cervantes and Jesus Cervantes

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety as stated on the record in open court.

_____ Corporate Surety Bail Bond

X (Other): Pretrial release conditions as stated on the record in open court. Defendant is to be in contact with Pretrial Services telephonically on the morning of 6/9/2021 and is to then report to the USM for

______

______ processing.

Issued at Sacramento, California on at 2:00 PM on June 8, 2021

By: /s/ Kendall J. Newman

Magistrate Judge Kendall J. Newman